SO ORDERED: August 30, 2012.



_____
**James K. Coachys**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT WYNNE TENNANT, D.C., | ) | Case No. 11-07599-JKC-11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| ROBERT WYNNE TENNANT, D.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 12-50004 |
| | ) | |
| FIFTH THIRD BANK and | ) | |
| JPMORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This matter comes before the Court on Debtor/Plaintiff Robert Wynne Tennant, D.C.'s Complaint against Defendants Fifth Third Bank and JP Morgan Chase Bank, N.A. Consistent with the Findings of Fact and Conclusions of Law entered contemporaneously herewith, the Court orders Fifth Third's mortgage lien on the subject property released.

###

Distribution:

Harley K. Means
James G. Lauck
David J. Jurkiewicz
Weston E. Overturf
Tammy L. Ortman
Steven K. Dick
UST
Chapter 13 Trustee